| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Global Capital Law, PC<br>Gary Harre, CBN# 86938<br>Barry Fagan, CBN 160104<br>8700 Warner Ave., Ste 200<br>Fountain Valley, CA 92708<br>Telephone: (714) 907-4182 ** Facsimile: (714) 907-4175<br>Email: GlobalCapitalLaw@Gmail.Com<br>*Attorney for*  Diane Beall, Debtor | |

UNITED STATES BANKRUPTCY COURT
Southern   DISTRICT OF CALIFORNIA

In re:

Diane Beall

Debtor.

|  | |
|---|---|
| Plaintiff(s), | CHAPTER  13<br>CASE NUMBER   10-16454-LT13 |
| vs. | ☐  ADVERSARY NUMBER (If Applicable) |
| Defendant(s). | |

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:

    Diane Beall

2. The name, address and telephone number of the New Attorney are *(specify)*:
    Gary Harre
    8700 Warner Ave., Ste 200, Fountain Valley, CA 92708  Telephone: (714) 907-4182

3. New Attorney hereby appears in the following matters:   ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney):*   Diane Beall, pro per

Dated:   2/9/2011

Diane Beall
Type Name of Party                                                                                       Signature of Party

I consent to the above substitution.

Dated:   2/9/2011

Diane Beall, pro per
Type Name of Present Attorney                                                             Signature of Present Attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Dated:   2/9/2011

Gary Harre, Esq.
Type Name of New Attorney                                                                 Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                F 2090-1.4

CSD 3010 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Global Capital Law, PC
Gary Harre, CBN# 86938
Barry Fagan, CBN 160104
8700 Warner Ave., Ste 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182 ** Facsimile: (714) 907-4175
Email: GlobalCapitalLaw@Gmail.Com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Diane Beall
                                                    Debtor.

BANKRUPTCY NO. 10-16454-LT13

                                                    Plaintiff(s)

ADVERSARY NO.

v.

                                                    Defendants(s)

## PROOF OF SERVICE

I, Carolyn J Olson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:

on   2/9/2011   by:
        [date]

[✓] Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:
    see attached list

[ ] Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

[ ] Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

2/9/2011
   [Date]                                           [Signature]

| Print Name | |
| --- | --- |
| Business Address | 8700 Warner Ave., Suite 200 |
| City, State, ZIP | Fountain Valley, CA 92708 |

CSD 3010

| In Re | Case No.: |
|---|---|
| Diane Beall | 10-16454-LT13 |

## Service List*

Diane Beall on behalf of Debtor Diane Beall
attorneydianebeall@gmail.com

Alane A Becket on behalf of Creditor eCAST Settlement Corporation
notices@becket-lee.com

Gary Harre on behalf of Plaintiffs Diane Beall
ghcmecf@gmail.com

Brielyn Sesko on behalf of Creditor OneWest Bank, FSB, its assignees and/or successors
bsesko@mccarthyholthus.com

David L. Skelton
admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com


*includes attached Creditor List

CSD 3010

DIANE BEALL FKA TEMPLIN CREDITOR LIST

Quality Loan Services Corp
2141 5th Avenue
San Diego, CA

OneWest Bank, FSB
390 W. Valley Parkway
Escondido, CA 92025

IndyMac Federal Bank, FSB
a division of OneWest Bank
6900 Beatrice Drive
Kalamazoo, MI 49009

DON KENT, TREASURER
Riverside County
2009-2010 Secured Property Tax Bill
4080 Lemon St. (1st Floor)
PO Box 12005, Riverside, CA 92502-2205

UC Irvine Medical Center
c/o California Business Bureau
17711 So Mountain Ave.
Monrovia, CA 91017-1400

UC Irvine Medical Center
Patient Financial Services
200 Manchester, 4th Floor
Orange County 92868

UC Irvine Medical Center
PO Box 321001-1367
Pasadena, CA 91110-1367

UC Irvine Orthopedic Faculty of Irvine
PO Box 513228
Los Angeles, CA 90051

UCIrvine Physicians & Surgeons Physicians Billing
UCIUPS Physicians Billing Group
PO BOX 51355
Los Angeles, CA 90051-5655

CARE AMBULANCE SERVICE, INC
1517 W. Braden Court
Orange, CA 92868-1125

Medicredit, Inc
PO BOX 410917
ST. LOUIS, MO 63141

UCI Department of Pathology
FRESNO CREDIT BUREAU
757 L STREET
PO BOX 942
FRESNO, CA. 93714

eCAST Settlement Corporation          (for $385.42 Claim)
POB 29262
New York, New York 10087-9262

(transferee of Fia Card Services, NA as successor in ninterest to Bank of Smerica NA and
Mbna America Bank
1000 Samoset Drives
DE5-023-03—03
Newark, DE 19713)

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America
PO Box 301200
Los Angeles, CA 90030-1200

Bank of America
PO Box 851001
Dallas, Texas 75285-1001


San Diego County Credit Union          $1220.00
 PO Box 269040
San Diego, Ca 92196-9040